# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America, | ) | CR-92-432-RSWL |
| | ) | CR-92-418-RSWL |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER **DENYING** |
| vs. | ) | DEFENDANT'S MOTION FOR |
| | ) | EARLY TERMINATION OF |
| | ) | SUPERVISED RELEASE |
| Kenner Fitzgerald Jackson, | ) | |
| | ) | |
| Defendant. | ) | |

_____

   Defendant Kenner Jackson's Motion for Early Termination of Supervised Release was set for hearing on November 25, 2008.  Having taken the matter under submission November 19, 2008 and having reviewed all papers submitted pertaining to this motion the Court, **NOW FINDS AND RULES AS FOLLOWS:**

///

cc: USPO

Defendant's Motion is **DENIED.**  18 U.S.C. § 3583(e)(2) is inapplicable to Defendant's request because it only applies for extending the period of supervised release or modifying the conditions of supervised release.

Under the applicable statute, 18 U.S.C. § 3583(e)(1), Defendant has not shown good cause for early termination of his supervised release.  Moreover, Defendant has not served a full year of his supervised release sentence, as required by the statute.

Additionally, 18 U.S.C. § 3583(e)(1) may not be used "to terminate [a] period of supervision on the ground that it was illegally imposed." United States v. Chilcote, 232 Fed. Appx. 708, 709 (9th Cir. 2007).

Defendant shall remain on supervised release under the terms and conditions as previously ordered.

**IT IS SO ORDERED.**

_____/s/_____

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge

DATED: December 18, 2008